REID, receiver, *v.* DeJARNETTE.

FISH, C. J. This case, upon its facts, is controlled by the decision rendered in *Reid* v. *DeJarnette*, 123 *Ga.* 787. See also *Libby v. Tobey*, 82 Me. 397; *Dunn v. Howe*, 96 Fed. Rep. 160.

                    *Judgment affirmed.    All the Justices concur.*

Submitted July 18,—Decided December 13, 1906.

Complaint.    Before Judge Lewis.    Putnam superior court. September 18, 1905.

*J. H. Hall,* for plaintiff.    *Turner & Adams,* for defendant.